No. 79-759. PERINI NORTH RIVER ASSOCIATES ET AL. *v.* FUSCO ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light

of *P. C. Pfeiffer Co.* v. *Ford, ante,* p. 69. MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, and MR. JUSTICE BLACKMUN dissent.